Argued January 19, affirmed January 19, petition for rehearing
denied February 23, petition for review denied May 10, 1972

STATE OF OREGON, *Respondent, v.* NATHAN A.
STEPHENS (Nos. 27725 and 27780), *Appellant.*

492 P2d 832

*Gary D. Babcock,* Public Defender, Salem, argued
the cause and filed the brief for appellant.

*Walter L. Barrie,* Assistant Attorney General,
Salem, argued the cause for respondent. With him on
the brief were Lee Johnson, Attorney General, and
John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and
FORT, Judges.

AFFIRMED FROM THE BENCH.